UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES M. COLEMAN, IV.,<br><br>                   Plaintiff,<br><br>          v.<br><br>SHASTA COUNTY, a Municipal corporation; SHASTA COUNTY SHERIFF'S OFFICE, a public entity; DEPUTY TIM ESTES, a Shasta County Sheriff Deputy; and DEPUTY NUNNELLY, a Shasta County Sheriff Deputy,<br><br>                   Defendants. | Case No.   2:17-cv-00655-TLN-DMC<br><br>**CIVIL JURY TRIAL MINUTES**<br><br>Date:               January 25, 2024<br>Deputy Clerk:   Michele Krueger<br>Court Reporter: Kimberly Bennett |

**Appearance for Plaintiff:**

James M. Coleman, In Pro Per

**Appearances for Defendants:**

Christopher Pisano and Marco Lopez

Proceedings: Jury Trial (Day 3) – Evidence Continued

10:57   The Court reconvened with the parties present, outside the presence of the jury regarding Plaintiff's remaining witnesses.

11:01   Jurors present and continued with cross-examination of Mr. Coleman by Mr. Pisano.

12:20   The jurors were admonished and excused for the lunch recess.

1:44    The Court reconvened with the parties present, outside the presence of the jury.   For the reasons stated on the record, the Court Granted Defendants' Motion to Quash the Subpoena Duces Tecum for Mark Pelote (ECF No. 122).   The Court took Judicial Notice of Defendants' Exhibits B & D, and Granted Judicial Notice in Part as to Exhibit A.

2:00    Jurors present and continued with cross-examination of Mr. Coleman.

2:24    Re-direct of Mr. Coleman.

2:49    Mr. Coleman excused, and the jurors were admonished and excused for the day.   The Court remained in session regarding Plaintiff's testimony.

2:55    Court adjourned until 9:00 a.m. on Friday, January 26, 2024.

**Defendants' Exhibits Admitted**: III, MMMM