UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES M. COLEMAN, IV., <br><br> Plaintiff, <br><br> v. <br><br> SHASTA COUNTY, a Municipal corporation; SHASTA COUNTY SHERIFF'S OFFICE, a public entity; DEPUTY TIM ESTES, a Shasta County Sheriff Deputy; and DEPUTY NUNNELLY, a Shasta County Sheriff Deputy, <br><br> Defendants. | Case No.   2:17-cv-00655-TLN-DMC <br><br> **CIVIL JURY TRIAL MINUTES** <br><br> Date:  January 29, 2024 <br> Deputy Clerk:  Michele Krueger <br> Court Reporter: Kimberly Bennett |

**Appearance for Plaintiff:**          **Appearances for Defendants:**

James M. Coleman, In Pro Per          Christopher Pisano and Marco Lopez

Proceedings: Jury Trial (Day 5) – Evidence Continued

9:13    The Court reconvened with the parties and outside the presence of the jury.  The Court ruled on Defendants' Motion for Judgment as a Matter Law (ECF Nos. [119] and [125]) and for the reasons stated on the record, the Motion was Granted in Part and Denied in Part.

9:50    Court in recess.

10:06   The Court reconvened with the parties and jurors present. Defendants called witness/defendant **Lieutenant Tim Estes**, sworn and testified on direct by Mr. Pisano.

11:08   The jurors were admonished and excused for a morning recess.

11:29   The Court reconvened with the parties and jurors present. Cross-examination of Lt. Estes by Mr. Coleman.

12:32   The jurors were admonished and excused for the lunch recess. The Court remained in session to confer with the parties regarding a demonstration that Plaintiff wished to have by the witness and to go over a jury instruction.

12:35   Court in recess.

1:55    The Court reconvened with the parties and jurors present and continued with cross-examination of Lt. Estes.

2:51    Re-direct of Lt. Estes.

3:08    The witness was excused. The jurors were admonished and excused for an afternoon recess.

3:30    The Court reconvened with the parties and jurors present. Defendant called witness/defendant **Gary Nunnelly**, sworn and testified on direct by Mr. Pisano.

3:58    Cross-examination of Mr. Nunnelly by Mr. Coleman.

5:03    Brief re-direct and brief re-cross.

5:04    The witness was excused, and the jurors were excused for the day, and ordered to return at 9:30 on Tuesday, January 30, 2024.   The Court remained in session with the parties regarding the remaining testimony. The parties were ordered to return at 9:00 AM to discuss jury instructions and verdict form.

5:15    Court adjourned.

**Plaintiff's Exhibits Admitted:** 29

**Defendants' Exhibits Admitted**: R, S, U, W, CC, VV, JJJ, NNN, WWW