**UNITED STATES DISTRICT COURT**

For The

**EASTERN DISTRICT OF CALIFORNIA**



JAMES M. COLEMAN, IV,

        Plaintiff,

v.

SHASTA COUNTY, et al.,

        Defendants.

CASE #:   **2:17-cv-00655-TLN-DMC**

### COURT'S ANSWER TO JURY NOTE #1

Answer:

The parties have agreed that the correct address is 18589. The Verdict Form (Item 1. Pg 4) will be revised to reflect the correct address.

Dated:   January 30, 2024